KEVIN J. WOODS, CA SB NO. 214819
BENJAMIN W. WHITE, CASB NO. 221532
ALICE E. CHOY, CASB NO. 286596
WHITE & WOODS LLP
235 Montgomery St., Suite 460
San Francisco, California 94104
Telephone: (415) 231-5709
Facsimile: (415) 231-5718
Email: kevin.woods@whiteandwoods.com

Attorneys for Defendants MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MERRILL LYNCH & CO., INC., AND BANK OF AMERICA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HORNBERGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Delaware Corporation; MERRILL LYNCH & CO., INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 8:14-cv-01645-DOC (RNBx)<br><br>[PROPOSED] JUDGMENT OF DISMISSAL [23]<br><br>Compl. Filed: November 19, 2013<br>FAC Filed: May 30, 2014<br><br>Honorable David O. Carter |

# [PROPOSED] JUDGMENT OF DISMISSAL

On January 22, 2015, the Court granted Defendants MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MERRILL LYNCH & CO., INC., AND BANK OF AMERICA CORPORATION'S ("Defendants") Motion to Dismiss the First Amended Complaint of Plaintiff GEORGE HORNBERGER ("Plaintiff"). The Court entered its Order dismissing the First Amended Complaint WITHOUT LEAVE TO AMEND.

**IT IS HEREBY ORDERED** that JUDGMENT is entered IN FAVOR OF DEFENDANTS, and that Plaintiff shall take nothing by way of his claims against Defendants. The case is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATE: January 28, 2015

*David O. Carter*
_____
Honorable David O. Carter
United States District Court Judge